# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROYAL WHITE CEMENT INC.** | **CIVIL ACTION NO.:** <br> **2:23-cv-00788-WBV-DPC** |
| **VERSUS** | **SECTION: " D - 2 "** |
| | **JUDGE WENDY B. VITTER** |
| **M/V WECO HOLLI,** <br> **AND HER TACKLE, EQUIPMENT** <br> **AND APPURTENANCES,** *in rem*, **et al.** | **MAGISTRATE JUDGE** <br> **DONNA PHILLIPS CURRAULT** |

### ON-SITE CONCRETE SOLUTIONS, LLC'S MEMORANDUM IN OPPOSITION TO OCEAN GREEN MARITIME PTE. LTD., CLAIMANT OF THE M/V WECO HOLLI, *IN REM'S* MOTION TO COMPEL LONDON ARBITRATION AND STAY PROCEEDINGS

**NOW INTO COURT**, through undersigned counsel, come Defendant On-Site Concrete Solutions, LLC ("On-Site"), who files this memorandum in opposition to the Motion to Compel London Arbitration and Stay Proceedings (Rec. Doc. 75) filed by Claimant Ocean Green Maritime Pte. Ltd. ("Ocean Green"), as claimant of the M/V WECO HOLLI and her tackle, equipment and appurtenances (the "Vessel"), defendant *in rem*.

On-Site was not a responsible party listed on the alleged bill of lading between Ocean Green and Plaintiff Royal White Cement Inc. ("Royal White") which Ocean Green argues contains a written arbitration clause calling for certain disputes to be arbitrated in London. *See* Record Doc. No.75-2. Likewise, On-Site was not a party to the alleged charter party between Defendant Pegasus Denizcilik A.S. and Royal White. *See* Record Doc. No. 47-3. For that reason, On-Site takes no position on the arbitrability of the dispute between Ocean Green and Royal White. However, precisely because On-Site was not parties to the alleged written arbitration clauses, as a matter of law, On-Site cannot be compelled to arbitrate with Ocean Green or anyone else pursuant to that written arbitration clause, and On-Site's crossclaim against Ocean Green should not be

stayed. *See, e.g., Lloyd's Syndicate 457 v. FloaTEC, L.L.C.*, 921 F.3d 508, 514-15 (5th Cir. 2019) (noting that to assess whether a dispute must be arbitrated, the very first step is for the court to determine 'whether ***the parties*** entered into any arbitration agreement at all'") (citations omitted; emphasis added).

**WHEREFORE**, On-Site Concrete Solutions, LLC respectfully submits that any ruling on the Motion to Compel London Arbitration and Stay Proceedings (Rec. Doc. 75) filed by Claimant Ocean Green Maritime Pte. Ltd. ("Ocean Green"), as claimant of the M/V WECO HOLLI and her tackle, equipment and appurtenances (the "Vessel"), defendant *in rem,* should not compel On-Site Concrete Solutions, LLC to arbitrate with parties with which it did not agree to arbitrate, nor should any ruling stay any claims asserted by On-Site Concrete Solutions, LLC.

                                              RESPECTFULLY SUBMITTED:

                                              PIVACH, PIVACH, THRIFFILEY
                                              & DUNBAR, L.L.C.
                                              ATTORNEYS AT LAW

                                                   s/ Corey E. Dunbar
                                              GEORGE PIVACH, II (10798)
                                              COREY E. DUNBAR (30144)
                                              JOHN E. PIVACH (35283)
                                              8311 Highway 23, Suite 104
                                              Belle Chasse, LA 70037
                                              Telephone: (504) 394-1870
                                              Facsimile: (504) 393-2553
                                              cdunbar@pivachlaw.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 3rd day of October 2023, electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                       s/ Corey E. Dunbar
                                               COREY E. DUNBAR (30144)